*H.E.E. 4.8.2021*

ZAM# 2020R00925

☑ FILED ___ ENTERED
___ LOGGED ____ RECEIVED

1:06 pm, Apr 21 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.** TMD 21-cr-109 |
| v. | * | |
| | * | **(Intimidation of a Federal Officer** |
| **JEAN-LUC PIERRE-LOUIS** | * | **18 U.S.C. § 111(a)(1))** |
| | * | |
| Defendant | * | |
| | * | |

*******

## INFORMATION

(Intimidation of a Federal Officer)

The United States Attorney for the District of Maryland charges that:

Between October 5, 2020, and December 9, 2020, in the District of Maryland, the defendant,

**JEAN-LUC PIERRE-LOUIS,**

did forcibly intimidate the President of the United States, a person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of his official duties

18 U.S.C. § 111(a)(1)

*Jonathan F. Lenzner/ZAM*
_____
JONATHAN F. LENZNER
ACTING UNITED STATES ATTORNEY

Date: April 22, 2021